■ MONTICELLO LUMBER AND MANUFACTURING Co. INC., Appellant, v. WILLIAM E. SORRELL, Respondent.— Motion to dismiss appeal denied and cross motion to amend notice of appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ MECHANICS AND FARMERS SAVINGS BANK OF ALBANY, Respondent, v. JAMES M. CORCORAN, Appellant, et al., Defendants.— Motion to dismiss appeal for failure to serve record on appeal granted, without costs. From the memorandum decision of the Special Term as well as from the moving affidavit the absence of any meritorious grounds is quite clearly indicated and is not controverted by any factual statement in the opposing affidavit. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ JOHN WATTAWA, Appellant, v. FEDERICO STALLFORTH, Defendant, and WOODSTOCK-WEBSTER CORPORATION, Respondent.— Motion by the defendant-respondent for an order pursuant to section 1522 of the Civil Practice Act requiring plaintiff-appellant to furnish security for costs. Motion granted, without costs. Motion by the plaintiff-appellant to add the case to the present calendar of this court denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of VERONICA FITZGERALD (BRUNDAGE), as Administratrix of the Estate of GERALD DUSSING, Deceased, Appellant, against WESTON MILLS VOLUNTEER FIRE DEPARTMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.